| | |
|---|---|
| 1 | Terrence J. Coleman (SBN 172183) |
| | E-mail: dmaguire@bwslaw.com |
| 2 | Ryan H. Opgenorth (SBN 252273) |
| | E-mail: mbernacchi@bwslaw.com |
| 3 | PILLSBURY & COLEMAN, LLP |
| | The Transamerica Pyramid |
| 4 | 600 Montgomery Street, 31st Floor |
| | San Francisco, CA 94111 |
| 5 | Tel: (415) 433-8000   Fax: (415) 433-4816 |
| 6 | Attorneys for Plaintiff Vincent K Siefe, D.D.S. |
| 7 | Daniel W. Maguire (SBN 120002) |
| | E-mail: dmaguire@bwslaw.com |
| 8 | Edith S. Shea (SBN 177578) |
| | E-mail: sbird@bwslaw.com |
| 9 | BURKE, WILLIAMS & SORENSEN, LLP |
| | 444 South Flower Street, Suite 2400 |
| 10 | Los Angeles, CA 90071-2953 |
| | Tel: 213.236.0600  Fax: 213.236.2700 |
| 11 | |
| 12 | Attorneys for Defendants Unum Group and Provident Life & Accident Insurance Company |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| VINCENT K. SIEFE, D.D.S., | Case No.: 2:17-cv-8199-MWF (PLAx) |
|---|---|
| Plaintiff, | [~~PROPOSED~~] STIPULATED PROTECTIVE ORDER |
| v. | |
| UNUM GROUP; THE PAUL REVERE LIFE INSURANCE COMPANY; and DOES 1-20, inclusive, | |
| Defendants. | |

///

///

///

///

Any violation of this Order may be punished by any and all appropriate measures including, without limitation, contempt proceedings and/or monetary sanctions.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: June 20, 2018

/s/ Terrence J. Coleman
(Authorized to sign on 6/18/18)
Terrence J. Coleman
Ryan H. Opgenorth
Attorneys for Plaintiff Vincent K Siefe, D.D.S

DATED: June 20, 2018

/s/ Edith S. Shea
Daniel W. Maguire
Edith S. Shea
Attorneys for Defendants Unum Group and Provident Life & Accident Insurance Company

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: 6/21/18

UNITED STATES DISTRICT/
MAGISTRATE JUDGE