UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 17-8199-MWF(PLAx)**                                Dated: **June 25, 2018**

Title:   Vincent K. Siefe -v- Unum Group, et al.

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                    None Present

PROCEEDINGS (IN CHAMBERS):     ORDER TO SHOW CAUSE

In light of the Notice of Settlement filed June 22, 2018, the Court sets a hearing on Order To Show Cause Re Dismissal for **July 23, 2018 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED.**

MINUTES FORM 90                                                   Initials of Deputy Clerk   cw
CIVIL - GEN

-1-