JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| VINCENT K. SIEFE, D.D.S., | Case No. 2:17-cv-08199 MWF (PLAx) |
|---|---|
| Plaintiff, | **ORDER TO DISMISS ACTION WITH PREJUDICE** |
| v. | |
| UNUM GROUP; THE PAUL REVERE LIFE INSURANCE COMPANY; and DOES 1-20, inclusive, | |
| Defendants. | |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed as to all parties, with prejudice, and in its entirety. Each party is to bear their own attorneys' fees and costs.

DATED: July 30, 2018

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

LA #4827-4478-3981 v1
05040-0114

- 1 -

2:17-CV-08199 MWF (PLAx)
ORDER TO DISMISS ACTION WITH PREJUDICE